IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00345-RJC-DCK

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHRISTOPHER ANTHONY DAVIS | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's Motion to Reconsider, (Doc. No. 20), his Motion for Compassionate Release, (Doc. No. 18), following the denial of his request for relief from the warden of his institution, (Doc. No. 20-1 at 4).

Local Criminal Rule 47.1(D) provides that the government is not required to respond to pro se motions unless ordered by the Court.

**IT IS, THEREFORE, ORDERED** that the government shall file a response to the Motion for Compassionate Release within fourteen (14) days of the entry of this Order.

Signed: October 7, 2020

Robert J. Conrad, Jr.
United States District Judge